*Solicitor General Thacher, Assistant Attorney General Youngquist*, and *Messrs. Claude R. Branch, Sewall Key, Norman D. Keller, Whitney North Seymour*, and *William H. Riley, Jr.*, for the United States.

No. 774. JAMES W. HUBBELL, ADMINISTRATOR, *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE;

No. 775. GROVER C. HUBBELL *v.* SAME;

No. 776. WACHTMEISTER *v.* SAME; and

No. 777. F. C. HUBBELL *v.* SAME. April 20, 1931. Petitions for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. J. G. Gamble* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist*, and *Messrs. Sewall Key, John Henry McEvers*, and *W. Marvin Smith* for respondent.

No. 778. DIAL *v.* UNITED STATES. April 20, 1931. Petition for writ of certiorari to the Court of Claims denied. *Mr. Frank Dial, pro se. Solicitor General Thacher, Assistant Attorney General Rugg*, and *Messrs. Claude R. Branch* and *Louis R. Mehlinger* for the United States.

No. 782. CONRAD *v.* NEW YORK LIFE INSURANCE CO. April 20, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Lovick P. Miles* for petitioner. *Messrs. Earl King, Caruthers Ewing*, and *Louis H. Cooke* for respondent.

No. 783. RUPERT, ADMINISTRATRIX, *v.* CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC R. CO. April 20, 1931.

Petition for writ of certiorari to the Supreme Court of Wisconsin denied. *Mr. Joseph Very Quarles* for petitioner. *Messrs. O. W. Dynes, Rodger Murphy Trump, C. S. Jefferson,* and *Walter Bender* for respondent. ▮

No. 788. McGARRY, ADMINISTRATRIX, *v.* CENTRAL RAILROAD Co. April 20, 1931. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied. *Messrs. Harry Lane* and *Clement K. Corbin* for petitioner. *Messrs. Edwin F. Smith* and *Charles E. Miller* for respondent. ▮▮▮▮▮▮▮▮▮▮▮ See also, 105 N. J. L. 590, 147 Atl. 472.

No. 789. MIAMI VALLEY FRUIT Co. ET AL. *v.* UNITED STATES. April 20, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John R. L. Smith* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key,* and *Andrew D. Sharpe* for the United States. ▮

No. 791. BIERNACKI, ADMINISTRATRIX, *v.* PENNSYLVANIA RAILROAD Co. April 20, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Sydney A. Syme* for petitioner. *Messrs. Roscoe H. Hupper* and *Morton L. Fearey* for respondent. ▮

No. 792. BOWLES *v.* LAWS ET AL. April 20, 1931. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. T. Morris Wampler* for